UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PCL (SHIPPING) PTE LTD.,

          Plaintiff,

- against -

CHINAOIL (JAPAN) CO. LTD.,

          Defendant.
-------------------------------------------------------------X

JUDGE CROTTY

07 CV 10608

ECF CASE

NOV 27 2007
U.S.D.C., S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the Plaintiff does not have any corporate parent nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: November 27, 2007
       New York, New York

                                  The Plaintiff,
                                  PCL (SHIPPING) PTE LTD

                              By: _____
                                  Charles E. Murphy
                                  Kevin J. Lennon
                                  LENNON, MURPHY & LENNON, LLC
                                  The Gray Bar Building
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  (212) 490-6050 phone
                                  (212) 490-6070 fax
                                  cem@lenmur.com
                                  kjl@lenmur.com