USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PCL (SHIPPING) PTE LTD.,

           Plaintiff,

  - against -

CHINAOIL (JAPAN) CO. LTD.,

           Defendant.
------------------------------------------------------------X

07 CV 10608 (PAC)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment.

Dated: January 10, 2008
       New York, New York

                                  The Plaintiff,
                                  PCL (SHIPPING) PTE LTD.

                                  By: _____
                                  Kevin J. Lennon
                                  LENNON, MURPHY & LENNON, LLC
                                  The GrayBar Building
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  (212) 490-6050
                                  (212) 490-6070 fax
                                  kjl@lenmur.com

                                            1/11/08
                                         U.S.D.J.